# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, | No. 227 EAL 2015

Respondent

v.

Petition for Allowance of Appeal from the Order of the Superior Court

CURTIS WORMLEY,

Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.